**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | ) | Case No. 23 B 10232 |
| | ) | |
| AISHA L. JOHNSON, | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Hon. Janet S. Baer |

**OBJECTION OF AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

AMERICREDIT FINANCIAL SERVICES, INC., D/B/A GM FINANCIAL ("AmeriCredit"), a creditor herein, by its attorneys, the law firm of Sorman & Frankel, Ltd., pursuant to Sections 1325(a)(5)(B), 1325 (a)(9), and 1326(a)(1) of the Bankruptcy Code, 11 U.S.C. §§1325(a)(5)(B), 1325 (a)(9), and 1326(a)(1) (West 2023), and such other Sections and Rules as may apply, for its Objection to Confirmation of Debtor's proposed Chapter 13 Plan, respectfully states as follows:

1. On August 3, 2023, Aisha Johnson ("Debtor") filed a Voluntary Petition for Relief under Chapter 13 of the Bankruptcy Code and proposed Chapter 13 Plan (the "Plan"), which is scheduled for a confirmation hearing on September 22, 2023.

2. AmeriCredit is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2018 Chevrolet Malibu motor vehicle bearing a Vehicle Identification Number of 1G1ZB5ST1JF257875 (the "Vehicle"). (See Ex. "A"). Debtor purchased the Vehicle on December 19, 2018.

3. As set forth in the Retail Installment Contract attached as Exhibit "A", Debtor was required to tender equal monthly payments to AmeriCredit, each in the sum of $547.33 with an interest rate of 9.90%. (See Ex. "A").

4. As of the date of the commencement of these proceedings, Debtor's account with AmeriCredit was in default in the amount of $1,824.70.

5. Debtor has not provided AmeriCredit or its counsel with proof of a valid full coverage insurance policy for the Vehicle identifying AmeriCredit as the lienholder/loss payee to protect AmeriCredit's interest in the Vehicle from loss or destruction.

6. There remains a total outstanding balance due to AmeriCredit from Debtor in the sum of $15,591.48.

7. Debtor's Plan identifies AmeriCredit as a secured creditor in Section 3.1. AmeriCredit objects to the treatment proposed in the Plan as follows:

   A. Debtor identifies maintenance of ongoing installment payments, to be made by Debtor/Trustee in the sum of $547.00. AmeriCredit is entitled to receive ongoing installment payments pursuant to the terms of the Contract in the sum of $547.33;

   B. Debtor identifies an arrearage owed of $1,774.00. The correct arrearage owed by Debtor to AmeriCredit as of the Petition date is $1,824.70.

8. In addition to the foregoing, Debtor's Plan does not protect AmeriCredit's right to retain its lien on the Vehicle. As such, AmeriCredit requests that language be added to Section 8 of the Plan stating that AmeriCredit will retain its lien until payment of the underlying debt in full as determined under nonbankruptcy law.

9. For the reasons stated above, Debtor's Plan fails to comply with the applicable provisions of the Bankruptcy Code and must provide for and satisfy the objections specified herein to be feasible and provide AmeriCredit adequate protection.

**WHEREFORE**, AmeriCredit Financial Services, Inc., d/b/a GM Financial respectfully requests that this Court enter an Order denying Debtor's request for confirmation of the Plan; and, for such other, further, and different relief as this Court deems just and proper.

    Respectfully submitted,

    AMERICREDIT FINANCIAL SERVICES, INC.,
    D/B/A GM FINANCIAL,
    Creditor,

    By: ___/s/ Cari A. Kauffman___
    One of its attorneys

David J. Frankel (Ill. #6237097)
Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)