UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                    )            BK No.:   23-10232
AISHA L. JOHNSON                          )
                                          )
                                          )            Chapter:  13
                                          )            Honorable Timothy Barnes
                                          )
                                          )
          Debtor(s)                       )

## AGREED ORDER CONDITIONING AUTOMATIC STAY

This matter coming before the Court on the motion of AMERICREDIT FINANCIAL SERVICES, INC.,("AmeriCredit") D/B/A GM FINANCIAL  to modify automatic stay, and the parties being in agreement;

IT IS ORDERED:

1. The automatic stay remains in effect as to AmeriCredit, subject to the conditions of this Order;

2. Aisha L. Johnson ("Debtor") agrees to at all times maintain valid insurance on the 2018 Chevrolet Malibu motor vehicle bearing a Vehicle Identification Number of 1G1ZB5ST1JF257875 (the "Vehicle") wherein AmeriCredit is listed as the lienholder/loss payee and agrees to provide AmeriCredit with proof of same upon renewal or any changes in coverage;

3. In the event Debtor fails to tender payment to AmeriCredit pursuant to the Chapter 13 Plan and Retail Installment Contract, to the extent that non-payment results in a default in payment obligations to AmeriCredit of two (2) or more monthly payments, or otherwise fails to comply with any of the other terms or conditions of this Order, such failure will constitute a default by Debtor of the provisions of this Order;

4. Upon default as described above, AmeriCredit will file with the Court and serve upon Debtor and counsel a Notice of Default;

5. If such default is not cured within fourteen (14) days of notice, the automatic stay will terminate upon the filing of a Notice of Termination and AmeriCredit will have the right to pursue its in rem nonbankruptcy remedies with respect to the Vehicle without having to seek further leave of Court.

AGREED:

/s/ Michelle E. Mandroiu                   /s/ Cari A. Kauffman
On behalf of Debtor, Aisha L. Johnson      On behalf of AmeriCredit Financial Services, Inc.,
                                           d/b/a GM Financial

Enter:

Timothy A. Barnes

Dated:  May 01, 2025

United States Bankruptcy Judge

**Prepared by:**

Cari A. Kauffman (Ill. #6301778)
Sorman & Frankel, Ltd.
180 North LaSalle Street, Suite 2700
Chicago, Illinois 60601
(312) 332-3535 / (312) 332-3545 (facsimile)
bankruptcy@sormanfrankel.com