UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Aisha L Johnson<br><br><br><br><br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>) | BK No.: 23-10232<br><br>Chapter: 13<br>Honorable Timothy Barnes |

**ORDER MODIFYING DEBTOR'S PLAN**

This matter coming before the Court for a hearing on debtor's motion to modify the plan, the court being advised in the matter and having jurisdiction hereof,

IT IS HEREBY ORDERED that:

1. The default accruing to and including June, 2026 is deferred.

2. The remaining plan payments are $767 per month for 6 months, beginning in July, 2026.

3. The Trustee is not required to collect money already paid to creditors under the plan.

4. This order does not change the Debtor's plan base or minimum distribution to unsecured creditors.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: July 02, 2026

**Prepared by:**

David H. Cutler, esq.,
Counsel for Debtor:
Cutler & Associates, Ltd.
4131 Main Street
Skokie, IL 60076
Phone: (847) 673-8600